**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**J. Brooks DiDonato, Esquire**
Phone: 856-985-4047
(856) 596--9631/fax
bdidonato@parkermccay.com

August 18, 2022

File No. 15108-95/JBD

**Magistrate Judge Rukhsanah L. Singh, USMJ**
**UNITED STATES DISTRICT COURT**
**CLARKSON S. FISHER BUILDING & US COURTHOUSE**
402 East State Street
Trenton, New Jersey 08608

    Re:    **ELIZABETH CISCO v CITY OF TRENTON, ET AL**
               **Civil Action No. 3:21-cv-07257-FLW-RLS**

Dear Magistrate Singh:

    Please be advised that my office represents defendant, Officer Antonio Wilkie-Guiot, regarding the above referenced matter. I have prepared and circulated the enclosed Consent Discovery Confidentiality Order to which all counsel have given their consent and approval.

    Upon review and approval of the Consent Order by Your Honor, please sign, and enter on the Court's docket and return a filed copy to the attention of all counsel.

    Thank you for your courtesy and consideration in this matter.

                                Respectfully,

                                *s/ J. Brooks DiDonato*
                                J. BROOKS DIDONATO

/de
Encl.
Cc:    Patrick J. Whalen, Esq.
         Rashaan S. Williams, Esq.