

**PARKER McCAY**

Parker McCay P.A.
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054-5054

P: 856.596.8900
F: 856.596.9631
www.parkermccay.com

**J. Brooks DiDonato, Esquire**
P: 856-985-4047
F: 856-494-1715
bdidonato@parkermccay.com

October 11, 2022

File No. 15108-0095 JBD

**Magistrate Judge Rukhsanah L. Singh, USMJ**
**UNITED STATES DISTRICT COURT**
**CLARKSON S. FISHER BUILDING & US COURTHOUSE**
**402 East State Street**
**Trenton, New Jersey 08608**

    Re:   **ELIZABETH CISCO v CITY OF TRENTON, ET AL**
              Civil Action No. 3:21-cv-07257-FLW-RLS

Dear Magistrate Singh:

    Please be advised that my office represents defendant, Officer Antonio Wilkie-Guiot, regarding the above referenced matter. Please allow this letter to confirm that this matter has recently been settled between plaintiff and all parties to this action. Once the settlement documents have been fully executed by all parties, I anticipate that a Stipulation of Dismissal with Prejudice will be filed with the Court in the very near future.

    Thank you for your courtesy and consideration in this matter. If you should have any questions, please do not hestiate to contact the undersigned.

                            Very truly yours,

                            *s/ J. BROOKS DIDONATO*
                            J. BROOKS DIDONATO

JBD/de
Encl.
Cc:   Patrick J. Whalen, Esq.
        Rashaan S. Williams, Esq.